AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Adrian Edmonds | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:07-cv-1227 |
| Deb Timmerman-Cooper, Warden, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Summary Judgment motion is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Norah McCann King   on a motion for Summary Judgment

Date:   04/17/2009                               *CLERK OF COURT*

                                                 S/Susan Rasoletti
                                                 *Signature of Clerk or Deputy Clerk*